UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN E. BARHITE,

    Petitioner,

Case No. 5:06-cv-35

v

HON. JANET T. NEFF

PATRICIA L. CARUSO,

    Respondent.

_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 99) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 91) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: January 25, 2013

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge